AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

MARNIE TITSCH )
)
*Plaintiff* )
)
v. ) Civil Action No. 3:12CV791
CONSUMER CASH REWARDS, LLC. )
W. ALAN TRUESDALE )
LEISURE BAY INDUSTRIES, INC. )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CONSUMER CASH REWARDS, LLC.
SERVE: SECRETARY OF COMMONWEALTH
1111 East Board Street
Richmond, Virginia 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: NOV -9 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| MARNIE TITSCH <br> _Plaintiff_ <br> v. <br> CONSUMER CASH REWARDS, LLC. <br> W. ALAN TRUESDALE <br> LEISURE BAY INDUSTRIES, INC. <br> _Defendant_ | ) ) ) ) ) ) ) )   Civil Action No. 3:12CV791 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  W. ALAN TRUESDALE
SERVE: 11120 Linbrook Lane
Johns Creek, GA 30097

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  NOV -9 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| MARNIE TITSCH <br><br> *Plaintiff* <br><br> v. <br> CONSUMER CASH REWARDS, LLC. <br> W. ALAN TRUESDALE <br> LEISURE BAY INDUSTRIES, INC. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3:12CV791 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LEISURE BAY INDUSTRIES, INC.
SERVE: SECRETARY OF COMMONWEALTH
1111 East Board Street
Richmond, Virginia 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: NOV -9 2012

*Signature of Clerk or Deputy Clerk*