# AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH

Case No.: 3:12CV791

Commonwealth of Virginia
Va. Code § 8.01-301, -310, -329; 55-218.1; 57-51

UNITED STATES (Richmond Division) .................... District Court

MARNIE TITSCH        v.        LEISURE BAY INDUSTRIES, INC.

2452 LAKE EMMA ROAD, #1000

LAKE MARY, FL

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments: [ ] Warrant [ ] Motion for Judgment [ ] Garnishment Summons [X] Complaint

I, the undersigned Affiant, state under oath that:
[X] the above-named defendant [ ] ..........
whose last known address is: [X] same as above [ ] ..........

1. [X] is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).

2. [ ] is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT ON BACK) and that

_____ is the return date on the attached warrant, motion for judgment or notice (see TIMELY SERVICE REQUIREMENT on reverse).

DATE: 11/20/12

[ ] PARTY  [X] PARTY'S ATTORNEY  [ ] PARTY'S AGENT

State of Virginia       [X] City [ ] County of Newport News

Acknowledged, subscribed and sworn to before me this 20th day of November, 20 12

NOTARY REGISTRATION NUMBER: 208515

[ ] CLERK [ ] MAGISTRATE [X] NOTARY PUBLIC (My commission expires: 8/31/16)

[ ] Verification of the date of filing of the certificate of compliance requested in the self-addressed stamped envelope provided.

DONNA L. WINTERS
Notary Public
Commonwealth of Virginia
208515
My Commission Expires Aug 31, 2016

NOTICE TO THE RECIPIENT from the Office of the Secretary of the Commonwealth of Virginia: You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.

SERVICE OF PROCESS IS EFFECTIVE ON THE DATE THAT THE CERTIFICATE OF COMPLIANCE IS FILED WITH THE ABOVE-NAMED COURT.

## CERTIFICATE OF COMPLIANCE

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. On NOV 27 2012, legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2. On DEC 03 2012 papers described in the Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

SERVICE OF PROCESS CLERK, DESIGNATED BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM DC-410 (FRONT) 11/07

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| MARNIE TITSCH <br><br> *Plaintiff* <br><br> v. <br> CONSUMER CASH REWARDS, LLC. <br> W. ALAN TRUESDALE <br> LEISURE BAY INDUSTRIES, INC. <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3:12CV791 <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LEISURE BAY INDUSTRIES, INC.
SERVE: SECRETARY OF COMMONWEALTH
1111 East Board Street
Richmond, Virginia 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: NOV -9 2012

*McCracken*

*Signature of Clerk or Deputy Clerk*

**AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH**
Commonwealth of Virginia
Va. Code § 8.01-301, -310, -329; 55-218.1; 57-51

Case No.: 3:12cv791

................................ UNITED STATES (Richmond Division) ................................ District Court

MARNIE TITSCH     v.     CONSUMER CASH REWARDS, LLC.

5400 Laurel Springs Parkway, Suite 102

Suwanee, Georgia 30024

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments: [ ] Warrant  [ ] Motion for Judgment  [ ] Garnishment Summons  [X] Complaint

I, the undersigned Affiant, state under oath that:
[X] the above-named defendant  [ ] ..............................
whose last known address is: [X] same as above  [ ] ..............................

1. [X] is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).

2. [ ] is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT ON BACK) and that

_____ is the return date on the attached warrant/motion for judgment or notice (see TIMELY SERVICE REQUIREMENT on reverse).

11/20/12
DATE

[ ] PARTY  [X] PARTY'S ATTORNEY  [ ] PARTY'S AGENT

State of Virginia      [X] City [ ] County of Newport News

Acknowledged, subscribed and sworn to before me this 20th day of November, 20 12.

208515
NOTARY REGISTRATION NUMBER     [ ] CLERK [ ] MAGISTRATE [X] NOTARY PUBLIC (My commission expires: 8/31/16)

[ ] Verification of the date of filing of the certificate of compliance requested in the self-addressed stamped envelope.

Donna L. Winters
Notary Public
Commonwealth of Virginia
208515
My Commission Expires Aug 31, 2016

NOTICE TO THE RECIPIENT from the Office of the Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have concerning these documents, you may wish to seek advice from a lawyer.
SERVICE OF PROCESS IS EFFECTIVE ON THE DATE THAT THE CERTIFICATE OF COMPLIANCE IS FILED WITH THE ABOVE-NAMED COURT.

**CERTIFICATE OF COMPLIANCE**

I, the undersigned Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

NOV 27 2012

1. On ................................, legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2. On DEC 0 3 2012, papers described in the Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

SERVICE OF PROCESS CLERK, DESIGNATED BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM DC-410 (FRONT) 11/07

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| MARNIE TITSCH <br><br> *Plaintiff* <br><br> v. <br> CONSUMER CASH REWARDS, LLC. <br> W. ALAN TRUESDALE <br> LEISURE BAY INDUSTRIES, INC. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3:12CV791 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CONSUMER CASH REWARDS, LLC.
SERVE: SECRETARY OF COMMONWEALTH
1111 East Board Street
Richmond, Virginia 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: NOV -9 2012

*C McCracken*
*Signature of Clerk or Deputy Clerk*