| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Leonard A. Bennett, 37523 <br> Consumer Litigation Associates, PC <br> 763 J. Clyde Morris Blvd., <br> Newport News, VA 23601 <br> TELEPHONE NO.: (757) 930-3660 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| United States District Court, Eastern District of Virginia <br><br> State of VA | |
| PLAINTIFF/PETITIONER: Marnie Titsch <br> DEFENDANT/RESPONDENT: W. Alan Truesdale | CASE NUMBER: <br> 3:12cv791 |
| **PROOF OF SERVICE** | Ref. No. or File No.: <br> none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Complaint & Summons

3. a. Party served: W. Alan Truesdale

   b. Person Served: party in item 3a

4. Address where the party was served: 11120 Linbrook Lane
   Johns Creek, GA 30097

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 12/6/2012     (2) at (time): 8:28 AM

6. Person who served papers
   a. Name: Frank James
   b. Address: One Legal - 194-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606

   d. The fee for service was: $ 159.95

8. I declare under penalty of perjury tthat the foregoing is true and correct.

Date: 12/6/2012

Frank James
(NAME OF PERSON WHO SERVED PAPERS)                         (SIGNATURE)

PROOF OF SERVICE                                            OL# 1767810